IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHEILA FIELDS**                                                                                    **PLAINTIFF**

VS.                  CASE NO. 4:05CV01924 GTE

**SHELTER MUTUAL INSURANCE COMPANY**                          **DEFENDANT**

## JUDGMENT

Upon the basis of the Order of this date granting Defendant's Motion for Summary Judgment, Plaintiff's Complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant Shelter Mutual Insurance Company, and against Plaintiff Sheila Fields.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 19th day of April, 2007.

                                                                     /s/Garnett Thomas Eisele
                                                                     UNITED STATES DISTRICT JUDGE